NF

# FILED

AUG 1 1 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Johannes T. Martin, | ) | |
| | ) | **UNITED STATES DISTRICT COURT** |
| | ) | **NORTHERN DISTRICT OF ILLINOIS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **15-cv-6998** |
| Wendy's International, Inc., and | ) | **Judge Jorge L. Alonso** |
| | ) | **Magistrate Judge Susan E. Cox** |
| Guinness World Records Limited, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# COMPLAINT

# COMPLAINT

My name is Ted Martin. I am the Footbag World Record holder. Footbag is also commonly known as Hacky Sack. In a promotion that was held through-out the U.S. and Canada from August 12th to September 22nd 2013, Wendy's International, Inc. in conjunction with Guinness World Records Limited, used my identity for commercial purposes without my consent. I am bringing suit under Section 43(a) of the Lanham Act and the IL Right of Publicity Act (765 ILCS 1075/)(IRPA). The jurisdiction of this court is invoked pursuant to 28 USC § 1332 (Diversity). I am a long term resident of the Northern District of Illinois. Wendy's International Inc. is based in Dublin, OH, another State, and Guinness World Records Limited is based in London, England, another Country. I seek damages in an amount exceeding $75,000. This Court has original jurisdiction as to the Lanham Act claim since it is a federal question.

I will begin with the history of Footbag and Hacky Sack with the understanding that the court might not have any knowledge of Footbag. Hacky Sack was invented in 1972 by Mike Marshal and John Stalberger. Hacky Sack refers to the object itself and the game played with that object. Hacky Sack is a brand name name for a footbag, but since it is the name of the original footbag and the game itself, Hacky Sack has become the public's chosen way to refer to the kicking of any footbag, regardless of brand. The concept of the game is very simple and record oriented. How many times can you kick the footbag without a miss? Footbag now has four major categories; Consecutives, Freestyle, Footbag Net, and Footbag Golf. Each of these categories requires a different set of skills and use substantially different footbags.

"Consecutives" is the official organized version of the original game. These are the recognized records of the game. The Singles consecutive record is the most prestigious because this record is the ultimate objective of the original game, the most kicks without a miss. There is nothing capricious or arbitrary in the rules for this record. The first record holder was John Stalberger, the co-inventor also known as

1

Mr. Hacky Sack. His record was 1,518 kicks. This is the first recognized footbag record. The next record holder was a 13-year old kid by the name of Kenny Shults with a rally of 4,515 kicks. Kenny held the record for 2 years with a high mark of 13,901 kicks. Next up was Andy Linder who took it to a whole new level. Andy's first record was 17,872 on August 17, 1983. Andy broke his own record five times ending with a high of 36,230 kicks on September 23, 1986. Andy was trying to break his own record on June 4, 1988 when I, Ted Martin, showed up to take him on head to head. Andy came up a little short of his best and I became the record holder with a total of 48,825 kicks. I would later go on to beat my own record with 51,155 kicks on May 30, 1993. In April of 1997, Gary Lautt became the record holder with an impressive 52,355 kick rally. In June of 1997, I took the record back with a total of 63,326 kicks and this record has held since. I was the record holder before I even knew that doubles records even existed and were out there for the taking. I asked Andy Linder if he would team up with me. He agreed and we went on to beat all five Doubles records of which we still hold three. Andy Linder also broke the Singles five-minute timed record which also still stands. All the Doubles records and the Singles five-minute timed record have different rules that I won't go into. To some up, there are seven consecutive records; Singles, five Doubles, and Singles five-minute timed. There is also a woman's division for each of these records.

"Freestyle" is the art of doing tricks with an extremely flat footbag. Freestylers rarely kick the footbag, instead opting to stall or catch the footbag almost exclusively. I would compare it to figure skating in that different moves have names and on an elite level there are choreographed routines.

"Footbag Net" is played over a five foot high net with competitions in Singles and Doubles. Doubles is very similar in rules to two man beach Volleyball, but with your feet. In Singles you have only up to two kicks to hit the footbag over the net .

"Footbag Golf" is played like regular golf, but the footbag is kicked instead of hit with a club.

There are even more footbag games that I have not listed. Although the original game has evolved and gone in different directions, the perception of the overwhelming majority of people is limited to only the basic concept of the original game. How many times can you kick the footbag without a miss? Except for 50 days in 1997, I have been recognized as the Footbag World Record holder since 1988. Prior to 1988, Andy Linder was recognized as the Footbag World Record holder. There is only one record for Footbag that does not require a prerequisite qualifier like Women's, Doubles one-pass, or Timed. This is because the original game is defined simply as the greatest number of kicks. All other records using a footbag (the object) need a descriptive qualifier of what specific record they are referring to. There are seven consecutive records. There are records for the most specific Freestyle tricks. There are records for the most Footbag Net championships and coarse records for Footbag Golf. However, the ordinary person does not even know of the existence of these other games let alone the records associated with them. Most people know of Hacky Sack or Footbag. They know it's that little ball you kick and that the object of the game is to see how many kicks a person can achieve without a miss. I have tried to preempt any questions the Court might have about Footbag. If the Court has any additional questions that I have not covered, I will be happy to answer them.

Over a period of six weeks, Wendy's International Inc. and Guinness World Records Limited., referred to collectively hereafter as the Defendants, used my identity without my consent for their commercial advantage. A week into the promotion, the Defendants published an internet advertisement for the promotion. (Exhibit A) There may have been other advertisements, but I will need Discovery to find out. The advertisement states, "In a partnership sure to add a little friendly record-breaking competition to family dining, Guinness World Records has teamed up with Wendy's for a six-week duration in which every Wendy's Kids Meal will come with one of six Guinness World Records

record-breaking toys." Above this is a photograph of the six offerings. Guinness World Records

is prominently printed directly on the footbag. Guinness World Records is well known for listing

world records of all kinds in their publications. Guinness is allowed to list records in the Guinness

Book of World Records because the publication itself is an expressive work and thus protected.

This is not in dispute. What is also not disputable is the fact that Guinness does not own the publicity

rights to the records. The publicity rights to the records belong exclusively to the record holders!

The IRPA states very clearly what constitutes a violation of an individual's right of publicity.


(765 ILCS 1075/10)

Sec. 10. Recognition of right of publicity. The right to control and to choose whether and how to use

an individual's identity for commercial purposes is recognized as each individual's right of publicity.


(765 ILCS 1075/30)

Sec. 30. Limitations regarding use of an individual's identity.

  (a) A person may not use an individual's identity for commercial purposes during the individual's
  lifetime without having obtained previous written consent from the appropriate person or
  persons specified in Section 20 of this Act or their authorized representative.


(765 ILCS 1075/5)

Sec. 5. Definitions. As used in this Act:

"Commercial purpose" means the public use or holding out of an individual's identity (i) on or

in connection with the offering for sale or sale of a product, merchandise, goods, or services;

(ii) for purposes of advertising or promoting products, merchandise, goods, or services; or

(iii) for the purpose of fundraising.

"Identity" means any attribute of an individual that serves to identify that individual to an ordinary,

reasonable viewer or listener, including but not limited to (i) name, (ii) signature, (iii) photograph,

(iv) image, (v) likeness, or (vi) voice.

4

I have attached the IL Right of Publicity Act in its entirety at the end of this complaint along with (735 ILCS 5/13-205) which states the statute of limitations for this Act. (5 years)

Identity under the IL Right of Publicity Act is defined as "any attribute of an individual that serves to identify that individual to an ordinary, reasonable viewer or listener,". Under common law it has been described as anything that triggers an association to an individual or anything that evokes an association to an individual. Rights of the individual under the IRPA are more robust than the rights under common law and the IRPA supplants those under common law. (765 ILCS 1075/60)

Any attribute that serves to identify that individual to an ordinary, reasonable viewer or listener used for commercial purpose without consent is a violation of that individual's right of publicity. The list of cases where the Plaintiff was ultimately victorious goes on and on. In Allen v. National Video Inc. the Defendant was found to be in violation for using a look-alike, Ali v. Playgirl Inc. for using a nick-name, Carson v. Here's Johnny portable toilets for using a catch phrase, Waits v. Frito-Lay for using a sound-alike, and in White v. Samsung Electronics America Inc. for using a robot posing and dressing like Vanna White next to a mock Wheel of Fortune game show set. Her "persona" was used in this case. Under the IRPA, "any attribute of an individual that serves to identify that individual to an ordinary, reasonable viewer or listener," would cover all these cases. Vanna White's claims under the common law right of publicity and Lanham Act were upheld. These seminal cases were from long before the effective date of the IL Right of Publicity Act. I will now address how the Defendants violated my rights under the Lanham Act and the IRPA.

Cause of action #1

GUINNESS WORLD RECORDS is printed directly on every footbag pictured, displayed, or distributed. Guinness is known for listing world records. Putting GUINNESS WORLD RECORDS on a footbag triggers an association to the record for Footbag. It is impossible to use GUINNESS WORLD RECORDS anywhere

5

near a footbag and not trigger an association to the Footbag World Record and the Footbag World Record holder. To argue otherwise would be ridiculous! The entire footbag portion of this promotion is designed to exploit my persona as the record holder by encouraging kids to dream of being the record holder and think of Wendy's at the same time. Without the records and the record holders, Guinness brings nothing to this or any promotion. Guinness is acting as the unauthorized agent for every individual named or whose record or photograph was used by the Defendants in this promotion without their consent. The Defendants do not have my consent! Nobody is being encouraged to become a chronicler of records for Guinness. Without the written consent of the record holders featured, that would be the only message Guinness could legitimately convey. The internet advertisement included a picture of a footbag with GUINNESS WORLD RECORDS printed on it. (Exhibit A) A sample footbag was mounted on the in store display that greeted customers. (Exhibit B) An illustration of the footbag was placed on the Kids' Meal bag. (Exhibit C) Every footbag distributed had GUINNESS WORLD RECORDS printed on it. Each of these acts, in and of themselves, is a cause of action. However, this is by no means my entire case. There are layers of intertwining causes of action culminating in the use of my name and record.


Cause of action #2

In the internet advertisement the Defendants state, "In a partnership sure to add a little friendly record-breaking competition to family dining, Guinness World Records has teamed up with Wendy's for a six-week duration in which every Wendy's Kids' Meal will come with one of six Guinness World Records record-breaking toys. (Exhibit A) There is absolutely nothing record-breaking about these toys! This statement triggers an association to Footbag World Record and the Footbag World Record holder. What's worse is that it implies that the Defendants' offering is the same as the one used to break the Footbag World Record and that I am endorsing this footbag. I have some information for the Court, I broke the Footbag World Record with a custom made footbag that I personally made myself.

6

All the Doubles records I have broken with Andy Linder were achieved with a footbag I made myself. The Singles five-minute timed record achieved by Andy Linder was with a footbag I made myself. The Defendants mention the record for most people playing in a circle. My custom made footbags were used for this record as well. As of the writing of this complaint, I am in the process of getting a footbag mass produced that is actually like the one I used to break the Footbag World Record. I will endorse this footbag. I did not endorse the Defendants' footbag. They have diluted the market for this initial offering on a massive scale! I will get an exact number in Discovery, but for now I can only estimate the scale of this promotion. Wendy's has over 5,000 stores in the U.S. and Canada. This promotion lasted six weeks and I would estimate that each store distributed at least 200 footbags. The Defendants have diluted the market that it rightfully mine by at least a million units and they used a false representation to do it. Just in case people didn't see the internet ad, the Defendants made sure every single customer saw the assertion that these were "RECORD-BREAKING TOYS!" The top of the Kids' Meal bag said, "BREAK A RECORD WITH THESE RECORD-BREAKING TOYS!" above an illustration of a footbag with GUINNESS WORLD RECORDS printed on it. On the other side of the bag, under the prominent Wendy's Kids' Meal and Guinness World Records logos, the Defendants stated, "1 of 6 record-breaking toys inside!" (Exhibit C) They even used an explanation point in both cases.

Cause of action #3

When the Kids' Meal customer chose the footbag, it would come sealed in a plastic bag and be placed in the Kids Meal bag. The Wendy's Kids' Meal and Guinness World Records logos were printed on the plastic bag itself. (Exhibit D) Upon opening the plastic bag the customer would find a footbag with GUINNESS WORLD RECORDS printed on it and a card with instructions. (Exhibit E) The card had the Wendy's Kids' Meal logo, the Guinness World Records logo, and "CAN YOU BREAK THE RECORD?" on the outside of the card. On the inside of the card, there was a picture of the timed one-pass record holders and three records underneath it. The records listed were the Singles five-minute timed record,

the record for most people playing in a circle, and the timed one-pass record. The instructions said,

"How many times in a row can you kick this footbag without it hitting the ground? Back in 1997,

Ted Martin made his world record of 63,326 kicks in a little less than nine hours! Practice makes

perfect,…" The Defendants used my name and record in the instructions! Besides not being allowed

to use any attribute that serves to identify that individual to an ordinary, reasonable viewer or listener,

the IL Right of Publicity Act's definition of "Identity" specifically includes "name." "A person may not

use an individual's identity for commercial purposes during the individual's lifetime without having

obtained previous written consent from the appropriate person or persons specified in Section 20

of this Act or their authorized representative." In this case, there are multiple causes of action which

are, in and of themselves, a violation of my right of publicity. The Defendants used my name and record

in the instructions and practically forced everyone to read it! The card and footbag  were literally sealed

together in a bag with the Defendants logos. This cause of action alone, creates a false representation

as to my endorsement of this footbag, Wendy's, Wendy's Kids' Meals, and Guinness. When viewing the

promotion in its entirety, there should be no doubt that the Defendants' actions deceived a substantial

segment of the intended consumers as to the sponsorship of their collective products. This is the basis

of my Lanham Act claim and the Defendants are in direct violation of my rights under the IRPA.


The act of putting GUINNESS WORLD RECORDS on a footbag evokes my persona as the Footbag

World Record holder, suggests equivalence to the actual record-breaking footbag, and implies

my endorsement of this footbag, Wendy's, Wendy's Kids' meals, and Guinness World Records.

The Defendants stating that their footbag is "record-breaking" evokes my persona as the Footbag

World Record holder, suggests equivalence to the actual record-breaking footbag, and implies

my endorsement of this footbag, Wendy's, Wendy's Kids' Meals, and Guinness World Records.

Using my name and record in connection with their footbag evokes my persona as the Footbag

World Record holder, suggests equivalence to the actual record-breaking footbag, and implies

8

my endorsement of this footbag, Wendy's, Wendy's Kids' Meals, and Guinness World Records.

In addition to this, the Defendants state, "BREAK A RECORD" at the top of the meal bag. (Exhibit C)

The Defendants also state, "CAN YOU BREAK THE RECORD?" on the card. (Exhibit E) In a Twitter

posting I have not mentioned before, the GUINNESS WORLD RECORDS footbag offering is pictured

in a child's hand. Guinness states, "This trick footbag is one of six toys available now in @Wendys

Kids' Meals! Can you break a world record with it?" (Exhibit F) These statements encourage the

kids to dream of being the Footbag World Record holder and at the same time strongly suggest

that I am endorsing this footbag, Wendy's, Wendy's Kids' Meals, and Guinness World Records.

Your Honor, I'm tired of typing Guinness World Records. This promotion is based on Ted Martin's

World Record. Guinness gives themselves ownership of the world records they list in their trademark.

They have been saying Guinness World Records for so long that the public will not question whether

or not there is a relationship between Guinness and the record holders. The public will unquestionably

assume there is a relationship when, in reality, I have no relationship with Guinness what-so-ever.

My identity as the Footbag World Record holder is not dependent on Guinness in any way! The World

Footbag Association is the governing body that sanctions and adjudicates all Footbag World Records.

The Guinness Book of World Records is an expressive work and they can list my records without my

permission. They have listed my records for over 25 years. This case is not about them listing my

records in the Guinness Book of World Records. This case is about the Defendants using my identity

for commercial purpose without my consent. (My IRPA claim) This case is about a false statement

of fact, "RECORD-BREAKING TOYS", and the numerous false and misleading representations as to

my endorsement of the products featured in this promotion. (My Lanham Act claim) The Defendants

willfully infringed on my right to control the use of my name, record, and persona. The public does

not think about any record when they think about Paper airplanes, Hopscotch, or even a Flying disc.

Footbag is different. The objective of the game is to achieve a personal record. The ordinary person

naturally wonders what the World Record for Footbag is without any encouragement what-so-ever.

9

The record for the most consecutive kicks is the most prestigious because it embodies the objective of the original game, other records don't enter into the equation unless somebody puts them there. This point is made by the fact that I am the only footbag player featured on an UPPER DECK trading Card. (Exhibit G) There are many people who have a legitimate right of publicity claim because the Defendants used their records without their consent. The purpose of my commentary is not to in any way denigrate any other record holders. The point I am making is that Footbag is extremely popular with children and my persona was the main engine driving this entire promotion.

I seek in relief,

(a) Treble damages from the loss of endorsement.
(b) Damages for diluting the market for my initial footbag offering.
(c) All profits derived from the unauthorized use of my identity, including but not limited to,
    (1) The profits from every Wendy's Kids' Meal that contained a footbag and the profits from all the items sold on the same receipt as a Wendy's Kids' Meal that contained a footbag.
    (2) A percentage of the profits from the other Wendy's Kids' Meals in this promotion and the the items sold on the same receipt because my persona was the Defendants' star attraction.
    (3) A percentage of Wendy's profits after this promotion ended for the bounce Wendy's received by associating itself with the Footbag World Record holder.
    (4) All profits Guinness received from Wendy's in this promotion.
    (5) The profits from the sale of the Guinness Book of World Records and related items that were sold in the U.S. and Canada during the time of this promotion. This promotion was an implied false endorsement of Guinness World Records, as well as, Wendy's.
    (6) A percentage of Guinness' profits after this promotion ended for the bounce Guinness received by associating itself with the Footbag World Record holder.
(d) Punitive damages for the willful violation of my rights.
(e) The costs incurred seeking relief from this Court.
(f) Any other relief that this Court may deem just and proper.

Dated: August 11, 2015

Johannes T. Martin

359 Woodbridge

Des Plaines, IL 60016

Phone: (847) 824-6528

Fax: (847) 824-6533

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 13 of 38 PageID #:13

## Illinois Compiled Statutes

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

## PROPERTY
## (765 ILCS 1075/) Right of Publicity Act.

(765 ILCS 1075/1)
Sec. 1. Short title. This Act may be cited as the Right of Publicity Act.
(Source: P.A. 90-747, eff. 1-1-99.)

(765 ILCS 1075/5)
Sec. 5. Definitions. As used in this Act:
"Commercial purpose" means the public use or holding out of an individual's identity (i) on or in connection with the offering for sale or sale of a product, merchandise, goods, or services; (ii) for purposes of advertising or promoting products, merchandise, goods, or services; or (iii) for the purpose of fundraising.
"Identity" means any attribute of an individual that serves to identify that individual to an ordinary, reasonable viewer or listener, including but not limited to (i) name, (ii) signature, (iii) photograph, (iv) image, (v) likeness, or (vi) voice.
"Individual" means a living or deceased natural person, regardless of whether the identity of that individual has been used for a commercial purpose during the individual's lifetime.
"Juristic person" means a partnership, trust, estate, corporation, unincorporated association, or other organization capable of suing and being sued in a court of law.
"Name" means the actual name or other name by which an individual is known that is intended to identify that individual.
"Person" means a natural or juristic person.
"Work of Fine Art" means (i) a visual rendition including, but not limited to, a painting, drawing, sculpture, mosaic, videotape, or photograph; (ii) a work of calligraphy; (iii) a work of graphic art including, but not limited to, an etching, lithograph, serigraph, or offset print; (iv) a craft work in materials including, but not limited to, clay, textile, fiber, wood, metal, plastic, or glass; or (v) a work in mixed media including, but not limited to, a collage, assemblage, or work consisting of any combination of items (i) through (iv).

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 14 of 38 PageID #:14

(Source: P.A. 90-747, eff. 1-1-99.)

  (765 ILCS 1075/10)
  Sec. 10. Recognition of right of publicity. The right to
control and to choose whether and how to use an individual's
identity for commercial purposes is recognized as each
individual's right of publicity.
(Source: P.A. 90-747, eff. 1-1-99.)

  (765 ILCS 1075/15)
  Sec.   15.   Transferability,   descendability,   and
divisibility. The rights under this Act are property rights
that are freely transferable in whole or in part to any person
either by written transfer, including but not limited to wills
and trusts, or by intestate succession only to an individual's
spouse, parents, children, and grandchildren, except that the
rights under this Act are not subject to levy or attachment
and may not be the subject of a security interest. Nothing in
this Section limits the ability of any party to levy, attach,
or obtain a security interest in the proceeds of the rights
under this Act or the proceeds of the exercise of those
rights.
(Source: P.A. 90-747, eff. 1-1-99.)

  (765 ILCS 1075/20)
  Sec. 20. Enforcement of rights and remedies.
  (a) The rights and remedies set forth in this Act may be
exercised and enforced by:
      (1) an individual or his or her authorized
    representative;
      (2) a person to whom the recognized rights have been
    transferred by written transfer under Section 15 of this
    Act; or
      (3) after the death of an individual who has not
    transferred the recognized rights by written transfer
    under this Act, any person or persons who possesses an
    interest in those rights.
  (b) Each person described in paragraph (3) of subsection
(a) shall make a proportional accounting to, and shall act at
all times in good faith with respect to, any other person in
whom the rights being enforced have vested.
(Source: P.A. 90-747, eff. 1-1-99.)

  (765 ILCS 1075/25)
  Sec. 25. Termination of rights of deceased individual. The
rights set forth in this Act terminate if:
  (a) a deceased individual has not transferred his or her
rights in writing under Section 15 of this Act; and
  (b)  the  individual  has  no  living  spouse,  parents,
children, or grandchildren.
(Source: P.A. 90-747, eff. 1-1-99.)

  (765 ILCS 1075/30)
  Sec. 30. Limitations regarding use of an individual's
identity.
  (a) A person may not use an individual's identity for
commercial purposes during the individual's lifetime without
having obtained previous written consent from the appropriate
person or persons specified in Section 20 of this Act or their

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 15 of 38 PageID #:15

authorized representative.
    (b) If an individual's death occurs after the effective
date of this Act, a person may not use that individual's
identity for commercial purposes for 50 years after the date
of the individual's death without having obtained previous
written consent from the appropriate person or persons
specified in Section 20 of this Act.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/35)
    Sec. 35. Applicability.
    (a) This Act applies to acts or events that take place
after the effective date of this Act.
    (b) This Act does not apply to the following:
        (1) use of an individual's identity in an attempt to
portray, describe, or impersonate that individual in a
live performance, a single and original work of fine art,
play, book, article, musical work, film, radio,
television, or other audio, visual, or audio-visual work,
provided that the performance, work, play, book, article,
or film does not constitute in and of itself a commercial
advertisement for a product, merchandise, goods, or
services;
        (2) use of an individual's identity for
non-commercial purposes, including any news, public
affairs, or sports broadcast or account, or any political
campaign;
        (3) use of an individual's name in truthfully
identifying the person as the author of a particular work
or program or the performer in a particular performance;
        (4) promotional materials, advertisements, or
commercial announcements for a use described under
paragraph (1), (2), or (3) of this subsection; or
        (5) use of photographs, videotapes, and images by a
person, firm, or corporation practicing the profession of
photography ("professional photographer") to exhibit in or
about the professional photographer's place of business or
portfolio, specimens of the professional photographer's
work, unless the exhibition is continued by the
professional photographer after written notice objecting
to the exhibition has been given by the individual
portrayed.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/40)
    Sec. 40. Violations; monetary relief.
    (a) A person who violates Section 30 of this Act may be
liable for either of the following, whichever is greater:
        (1) actual damages, profits derived from the
unauthorized use, or both; or
        (2) $1,000.
    (b) Punitive damages may be awarded against a person found
to have willfully violated Section 30 of this Act.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/45)
    Sec. 45. Establishment of profits. In establishing profits
under paragraph (1) of subsection (a) of Section 40 of this
Act:

    (a) the plaintiff is required to prove the damages or
gross revenue attributable to the unauthorized use; and
    (b) the defendant is required to prove properly deductible
expenses.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/50)
    Sec. 50. Injunctive relief. Upon a showing of cause as
required by Article XI of the Code of Civil Procedure for the
issuance of injunctive relief, the court may issue such
temporary restraining orders, preliminary injunctions, and
permanent injunctions as may be appropriate under this Act.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/55)
    Sec. 55. Attorney's fees; costs. The court may award to
the prevailing party reasonable attorney's fees, costs, and
expenses relating to an action under this Act.
(Source: P.A. 90-747, eff. 1-1-99.)

    (765 ILCS 1075/60)
    Sec. 60. Rights and remedies. The rights and remedies
provided for in this Act are meant to supplant those available
under the common law as of the effective date of this Act, but
do not affect an individual's common law rights as they
existed before the effective date of this Act. Except for the
common law right of publicity, the rights and remedies
provided under this Act are supplemental to any other rights
and remedies provided by law including, but not limited to,
the common law right of privacy.
(Source: P.A. 90-747, eff. 1-1-99.)

Top

(735 ILCS 5/13-205) (from Ch. 110, par. 13-205)
Sec. 13-205. Five year limitation. Except as provided in Section 2-725 of the "Uniform Commercial Code", approved July 31, 1961, as amended, and Section 11-13 of "The Illinois Public Aid Code", approved April 11, 1967, as amended, actions on unwritten contracts, expressed or implied, or on awards of arbitration, or to recover damages for an injury done to property, real or personal, or to recover the possession of personal property or damages for the detention or conversion thereof, and all civil actions not otherwise provided for, shall be commenced within 5 years next after the cause of action accrued.
(Source: P.A. 82-280.)

# **<u>Exhibit A</u>**

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 19 of 38 PageID #:19

**Select Language**

- English
- Spanish
- German
- Japanese
- Chinese

Login or Register

## Guinness World Records

Officially Amazing

**MenuSearch**

- Explore Records
- Set a Record

[ Search ]

# Guinness World Records toys now featured in Wendy's Kids' Meals

By Guinness World Records
Published 20 August 2013

**Share**

- Facebook
- Twitter
- Google+

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 20 of 38 PageID #:20



In a partnership sure to add a little friendly record-breaking competition to family dining, Guinness World Records has teamed up with Wendy's® for a six-week duration in which every Wendy's Kids' Meal™ will come with one of six Guinness World Records record-breaking toys.

With distribution from August 12-September 22 in the United States and Canada, each toy provides fun challenges and a chance for parents and kids to outdo each other for the title of family's best. Tallest, smallest, fastest, farthest – each Kids' Meal will allow parents and kids to keep the fun going!

The six toys include:

- **Paper aircraft:** each kit comes with five different types of paper and instructions on how to design each for a specific world record flight. There's the duration aircraft, high speed flyer, long distance aircraft, and precision flyer, plus a landing strip to aim for.
- **High flying disc**: complete with a perfect throwing motion diagram, brother and sister will be going after the record for most behind-the-back flying disc catches in one minute (24) in no time!
- **Trick footbag:** Once the neighborhood gets a hold of this footbag, it's only a matter of time before the record of 946 people playing in a circle at once gets taken down.
- **Hopscotch record kit:** this chalk-and-marker set features an official Guinness World Records game piece – everything a kid needs to challenge the record for fastest game of hopscotch, at 1 minute 1.97 seconds!
- **Record-setting timer:** what better item to time all record attempts?! This timer also comes with a deck of record challenge suggestions, like seeing how many frog jumps can be completed in one minute.
- **Mini-magazine:** the wildest records, craziest pictures, and most fun games and puzzles – all right at the reader's fingertips.

Parents and kids will also be given a special link with each meal that they can visit to view and download a free Guinness World Records eBook presented by Wendy's.

The eBook provides an exclusive guide to records that families can try to break, so mom or dad or brother or sister can set the family record. It's also packed with many fantastic records that can be broken in just a minute, a Fun Family Quiz to test everyone's record knowledge, incredible juggling records, awesome puzzles and games, and amazing Guinness World Records facts.

All six toys plus eBook link are available now in all Wendy's Kids' Meals.

### ABOUT THE WENDY'S COMPANY

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 21 of 38 PageID #:21

The Wendy's Company is the world's third largest quick-service hamburger company. The Wendy's system includes more than 6,500 franchise and Company restaurants in the United States and 27 countries and U.S. territories worldwide. For more information, visit www.aboutwendys.com or www.wendys.com.

## Share

- **Facebook**
- **Twitter**
- **Google+**

**0 Comments**

Sort by    Oldest

 Add a comment...

 Facebook Comments Plugin

## Related Articles



**Hellmann's engages Latin America with hot dog record for Chilean independence day**



**Port of Los Angeles Lobster Festival raises event awareness with record triple**



**Cabot Creamery blends up a massive record smoothie**

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 23 of 38 PageID #:23



**Largest gingerbread house for charity gets us in the Christmas spirit**



**Carrefour Romania and Aldis cook up the world's longest sausage**

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 24 of 38 PageID #:24



**Hellmann's celebrates 100 years with Katie Holmes, longest picnic table**



# OFFICIALLY AMAZING™

**Guinness World Records**

- GWR Annual
- Gamer's Edition Annual
- Challengers
- GWR Store
- About Us

**Resources**

- FAQ
- Contact
- Business Solutions
- Solutions for Charities and Non-Profits

Case: 1:15-cv-06998 Document #: 1 Filed: 08/11/15 Page 25 of 38 PageID #:25

**Using the Site**

- Privacy Policy
- Terms & Conditions
- Cookie Policy

**More Guinness World Records**

- **Facebook**
- **Twitter**
- **YouTube**

© Guinness World Records 2015. All rights reserved.

Registered in England No: 541295

Registered Office: 17 Hanover Square, London W1S 1HU United Kingdom

# Type to search (use quotation marks for exact search)

View all 0 result(s)

**We use cookies on this website**

We use cookies on this website. By using this site, you agree that we may store and access cookies on your device.

[ Continue ]

# **Exhibit B**





# **<u>Exhibit C</u>**





# **<u>Exhibit D</u>**

# **<u>Exhibit E</u>**



**CAN YOU BREAK THE RECORD?**

**PAUSE. PLAY. TOGETHER.**

©2013 Oldemark LLC. The Kids' Meal design and Pause, Play, Together, name and design are registered trademarks owned by Oldemark LLC and are licensed to Wendy's International, Inc.

©2013 Guinness World Records Limited

0255-054-405

**GUINNESS WORLD RECORDS**

**TRICK FOOTBAG**

KIDS MEAL



## INSTRUCTIONS

How many times in a row can you kick this footbag without it hitting the ground? Back in 1997, Ted Martin made his world record of 63,326 kicks in a little less than nine hours! Practice makes perfect, so first try flicking the footbag from one foot to the other or to your knee. After you perfect those moves, try to flick the footbag from your foot to the top of your head, or create and practice your own freestyle trick moves. Play a game of "Keep It Up!" Two players try to keep the footbag in the air for as long as possible. Players can use any part of their body to hit and keep the footbag in the air. The first player to drop the footbag is out. What kind of family record can you set?

1. The most kicks of a footbag in five minutes is 1,019.

2. The most people playing footbag in a circle at one time is 946.

3. The most consecutive footbag kicks in 10 minutes by a pair is 1,415.

# **Exhibit F**

 Log in  Sign up

You are on Twitter Mobile because you are using an old version of Internet Explorer. Learn more here

 [ x ]

 **GuinnessWorldRecords**
@GWR

 +

This trick footbag is one of six toys available now in @Wendys Kids' Meals! Can you break a world record with it? pic.twitter.com/Frf0H2V8z6
10:15 AM - 4 Sep 2013



Twitter
by:GuinnessWorldRecords@GWR

Enter a topic, @name, or fullname

Q

Settings Help
Back to top · Turn images off

# **Exhibit G**

179

# Ted Martin

Inducted into the Footbag Hall of Fame in 2005.
Martin made an indelible mark on the sport in 1997
when he set the world record for consecutive
kicks (no knees) with an amazing total of 63,326.
The feat took over eight hours and 50 minutes.
Photo courtesy of Worldfootbag.com.



———✦✦✦———

## 2009 GOODWIN CHAMPIONS

©2009 SDC, 985 Trade Drive, North Las Vegas, NV 89030. All rights reserved. Printed in the USA. RLNT3

