# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 17, 2017

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-2043
>
> Caption:
> JOHANNES T. MARTIN,
> Plaintiff - Appellant
>
> v.
>
> WENDY'S INTERNATIONAL, INC. and
> GUINNESS WORLD RECORDS LIMITED,
> Defendants - Appellees

> District Court No: 1:15-cv-06998
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Jorge L. Alonso
>
> Date NOA filed in District Court: 05/17/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)